IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TYLER S. PHILLIPS,**

    **Plaintiff,**

v.                                                                                                No. 18-cv-0918 MV/SMV

**ROOSEVELT COUNTY DETENTION**
**CENTER and FNU GALLOGES,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 2], filed October 1, 2018. Plaintiff seeks to prosecute his Prisoner Civil Rights Action without prepaying the $400 filing fee. The Court determines the Motion is deficient because it does not include a certified copy of Plaintiff's inmate account statement for the **six-month period** immediately preceding this action. *See* 28 U.S.C. § 1915(a)(2) (2012). The Court will require Plaintiff to cure this deficiency within 30 days from entry of this Order or show cause why that is not possible. Failure to timely comply may result in dismissal of this action without further notice. Plaintiff shall include the civil action number (**18-cv-0918 MV/SMV**) on all papers filed in this proceeding.

**IT IS ORDERED** that no later than **November 1, 2018,** Plaintiff must submit a certified inmate account statement reflecting all transactions during the **six-month period** immediately preceding this filing (April 1, 2018, through October 1, 2018).

                                                                                        _____
                                                                                        **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**